

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1 17 CR 282 |
| v. | ) | CASE NO._____ |
| | ) | Title 18, Section 922(g)(1), |
| MICHAEL D. GAINES, | ) | United States Code |
| | ) | |
| Defendant. | ) | |

JUDGE POLSTER

## COUNT 1

The Grand Jury charges:

On or about June 14, 2017, in the Northern District of Ohio, Eastern Division, the Defendant, MICHAEL D. GAINES, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Assault on a Peace Officer, in Case Number CR-01-408919, in the Cuyahoga County Common Pleas Court, on or about October 11, 2001, Drug Trafficking, in Case Number CR-07-501222, in the Cuyahoga County Common Pleas Court, on or about February 5, 2008, and Rape, in Case Number CR-07-500741, in Cuyahoga County Common Pleas Court, on or about February 28, 2008, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a SCCY Firearms, Model

CPX-2, 9 mm caliber pistol, Serial Number 246736, with a magazine loaded with nine rounds of ammunition, all in violation of Title 18, Section 922(g)(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.